# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AYRICK TALBO,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:07-CV-00379-LRH-(VPC)

**ORDER**

    The Court dismissed this action without prejudice to Petitioner commencing a new action in which he either submits an application to proceed in forma pauperis or pays the filing fee. Order (#2). Plaintiff has submitted a Motion for Default (#7). The Court denies this motion because it has dismissed the action.

    IT IS THEREFORE ORDERED that Petitioner's Motion for Default (#7) is **DENIED**.

DATED this 8th day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE