# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AYRICK TALBO,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:07-CV-00379-LRH-(VPC)

**ORDER**

    The Court dismissed this action without prejudice to Petitioner commencing a new action in which he either submits an application to proceed <u>in forma pauperis</u> or pays the filing fee.  Order (#2).  Plaintiff has submitted a Motion to Compel (#9).  The Court denies this motion because it has dismissed the action.

    IT IS THEREFORE ORDERED that Petitioner's Motion to Compel (#9) is **DENIED**.

    DATED this 4th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE